

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  Richard Alan Haase v. Deutsche Bank National Trust Company

Appellate case number:  01-20-00854-CV

Trial court case number:  07-DCV-161177

Trial court:  400th District Court of Fort Bend County

On December 15, 2021, Appellants RICHARD A. HAASE and Richard A. Haase filed an "Amended Request for Reset of Briefing Schedule Due to New Trial Court Judgment and There[e]from Appellant's Fourth Amended Notice of Appeal, Request for Findings of Fact and Conclusions of Law and Request for Leave of Court to File Amended Principal Brief." In response, Appellee Deutsche Bank National Trust Company filed a "Request for Extension of its Responsive Brief Deadline and Unopposed Response to Appellant's Request for Reset of Briefing Schedule and Request for Leave of Court to File Amended Principal Brief."

To the extent Appellants seek an extension of time in which to file an amended principal brief, their motion is **granted.** Appellants' amended brief is due **February 14, 2022**. Any other relief sought in Appellants' motion is **denied**.

Appellee's request for extension of its responsive brief deadline is **granted.** Appellee's brief is due thirty days after Appellants file their amended brief. TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually


Date:  December 17, 2021